IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DANIEL EUGENE RIGGS, | ) |
| Plaintiff, | ) |
| v. | ) CV 323-097 |
| VICTORIA STEWART, Deputy Warden of Security, and JERMAINE WHITE, Regional Director, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 17.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant White from this case. The case shall proceed against Defendant Stewart as described in the Magistrate Judge's February 28, 2024 Order. (Doc. no. 15.) Thus, Plaintiff's motion to proceed is **MOOT**. (Doc. no. 16.)

SO ORDERED this 27th day of March, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE