IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DANIEL EUGENE RIGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 323-097 |
| VERONICA STEWART, Deputy Warden of Security, | ) ) ) ) |
| Defendant. | ) ) |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG − 2 2024

FILED

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 27.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 23), **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of August, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE