# United States District Court
## Southern District of Georgia

DANIEL EUGENE RIGGS,

        Plaintiff,　　　　　　JUDGMENT IN A CIVIL CASE

    V.　　　　　　CASE NUMBER:　CV323-097

VERONICA STEWART, Deputy Warden of Security,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's August 2, 2024 Order adopting the Magistrate Judge's Report and Recommendation as its opinion, this case is dismissed without prejudice. This case stands closed.



8/2/2024　　　　　　　　　　　　　　　　John E. Triplett, Clerk of Court
*Date*　　　　　　　　　　　　　　　　*Clerk*

　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

GAS Rev 10/2020